1 | P a g e

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:19-cv-81217-RAR**

CANDICE COX PATTI,

    Plaintiff,

vs.

DAVID B. HEVERT, M.D., P.A. d/b/a
GLADES MEDICAL GROUP,

    Defendant.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, CANDICE COX PATTI, by and through undersigned counsel, and pursuant to this Court's Order [D.E. 4], files her Statement of Claim[1] as follows:

**I. Initial Estimare of Unpaid FLSA Overtime Wages:**

Plaintiff's unpaid wages are approximately $49,000.00.

**II. Preliminary Calculation of Unpaid Wages:**

    a. **Period One**
    *From January 1, 2017 – December 31, 2017*
    Per hour rate of overtime ($18.50 x 1.5): $27.75
    Number of uncompensated overtime hours: 690
    Total compensation due: $19,147.50

    b. **Period Two**
    *From January 1, 2018 – August 15, 2019*
    Per hour rate of overtime ($21.00 x 1.5): $31.50
    Number of uncompensated overtime hours: 942
    Total compensation due: $29,673.00

    Total unpaid overtime wages: $48,820.50

---

[1] These are Plaintiff's best approximations.

2 | P a g e

### III. The Approximate Period During Which The Alleged Violations Occurred

Plaintiff was not compensated for her overtime hours from January 1, 2017 – August 15, 2019.

### IV. The nature of wages (e.g. overtime or straight time)

Plaintiff seeks payment of unpaid overtime wages with interest, liquidated damages, and all fees and costs under the FLSA, including attorney's fees. Furthermore, Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

Respectfully Submitted,

By: /s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No.  91210
Rodal Law, P.A.
*Counsel for Plaintiff*
5300 N.W. 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
Facsimile:  (954) 900-1208
chezky@Rodallaw.com

2 | P a g e

**Rodal Law, P.A.**
5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com